No. 04–9329. AVERY *v.* REED, SUPERINTENDENT, MANNING CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari before judgment denied.

No. 03–855. CITY OF SHERRILL, NEW YORK *v.* ONEIDA INDIAN NATION OF NEW YORK ET AL., *ante,* p. 197;

No. 03–6270. CABRERA *v.* UNITED STATES, 541 U. S. 1064;

No. 03–10261. LEGRAND *v.* LOUISIANA, *ante,* p. 947;

No. 04–1014. IN RE LEONICHEV ET AL., *ante,* p. 960;

No. 04–5337. SANTOS *v.* UNITED STATES, 543 U. S. 1122;

No. 04–7743. HOWZE *v.* YARBOROUGH, WARDEN, ET AL., 543 U. S. 1165;

No. 04–7783. HOLLOWAY *v.* HAMLET, WARDEN, 543 U. S. 1166;

No. 04–7861. ALVARADO-RIVERA *v.* UNITED STATES, 543 U. S. 1167;

No. 04–8012. GELMAN *v.* PHILLIPS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL., 543 U. S. 1171;

No. 04–8017. COOK *v.* CABANA, *ante,* p. 909;

No. 04–8048. EPPERSON *v.* DELAWARE, *ante,* p. 924;

No. 04–8137. COLIDA *v.* KYOCERA WIRELESS CORP., *ante,* p. 927;

No. 04–8346. TILLMAN *v.* SCHOFIELD, WARDEN, *ante,* p. 952;

No. 04–8408. ROWLAND *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 931;

No. 04–8419. GRIMES *v.* FOWLER ET AL., *ante,* p. 931;

No. 04–8435. DONALDSON *v.* CENTRAL MICHIGAN UNIVERSITY ET AL., *ante,* p. 932;

No. 04–8486. WALLACE *v.* YWCA OF CHEMUNG COUNTY ET AL., *ante,* p. 965;

No. 04–8532. BROWN *v.* BUSH, PRESIDENT OF THE UNITED STATES, ET AL., *ante,* p. 932;

No. 04–8607. IACULLO *v.* UNITED STATES, *ante,* p. 934;

No. 04–8712. CURTO *v.* CORNELL UNIVERSITY COLLEGE OF VETERINARY MEDICINE ET AL., *ante,* p. 935;

No. 04–9015. WINGO *v.* UNITED STATES, *ante,* p. 968; and

No. 04–9147. IN RE MCQUIRTER, *ante,* p. 960. Petitions for rehearing denied.

No. 03–7922. HARRIS *v.* UNITED STATES, 540 U. S. 1156;

No. 04–6006. DAMES *v.* UNITED STATES, 543 U. S. 1057; and